UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER G. COLLINS,

Plaintiff,

*-against-*

SYCAMORE PARTNERS MANAGEMENT, L.P.,

Defendant.

**ORDER**

26-MC-00482 (ER)

RAMOS, D.J.:

On September 30, 2026, Christopher Collins and Fire and Police Employees Retirement System of the City of Baltimore (together, "Plaintiffs") filed this miscellaneous action to compel Sycamore Partners Management, L.P. ("Sycamore") to produce documents pursuant to a third-party subpoena. Doc. 1. The underlying action, *In re Walgreens Boots Alliance Inc., Securities Litigation*, No. 24 Civ. 5907 (MMR) (KB) (N.D. Ill.), is in the Northern District of Illinois. *Id.* On October 14, 2026, Plaintiffs requested, pursuant to Federal Rule of Civil Procedure 45(f), Local Civil Rule 7.1(e), and the Court's Individual Practice 1.A., that the instant action be transferred to the Northern District of Illinois. Doc. 15. Sycamore consents to the transfer. *Id.*

The request to transfer the case *Collins et al v. Sycamore Partners Management, L.P.*, No. 1:26-mc-00482, is hereby GRANTED. The Clerk of Court is respectfully ordered to transfer this case to the Northern District of Illinois.

It is SO ORDERED.

Dated: October 16, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.